RECEIVED
SDNY PRO SE OFFICE
2016 FEB -9 AM 8:33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clevon Pearson 3001400772

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Officer Gage Deen, shield #9837
Officer Speight shield # 5211
Officer lewis shield # 10556
Captain Manzo shield # 1360
Dept Fading shield # 74

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes   ☐ No
(check one)

15 Civ. 9842 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/16

I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name  Clevon Pearson
              ID#   3001400772
              Current Institution  18-18 Hazen st East Elmhurst
              Address  NY 11370  AMKC

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Officer Gage Deen   Shield # 9837
                  Where Currently Employed  AMKC
                  Address  18-18 Hazen st East Elmhurst
                           NY 11370

Rev. 01/2010

1

Defendant No. 2    Name Officer Speight   Shield # 5211
Where Currently Employed AMKC
Address 18-18 Hazen st East Elmhurst NY 11370

Defendant No. 3    Name Officer Lewis   Shield # 10536
Where Currently Employed 18-18 Hazen st AMKC
Address East Elmhurst NY 11370

<div style="float:left">Who did what?</div>

Defendant No. 4    Name Dept Fading   Shield # 74
Where Currently Employed AMKC
Address 18-18 Hazen st East Elmhurst NY 11370

Defendant No. 5    Name Captain Manzo   Shield # 1360
Where Currently Employed 18-18 Hazen st East Elmhurst
Address NY 11370

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
AMKC 18-18 Hazen st East Elmhurst NY 11370

B. Where in the institution did the events giving rise to your claim(s) occur?
Quad upper 7

C. What date and approximate time did the events giving rise to your claim(s) occur?
Saturday November 21 2015 Around 5:00 pm

D. Facts: The officer release a barrage of Chemical agent and while I was blinded by the Chemicals the alleged officer hit me numerous times with a baton

<div>What happened to you?</div>

Rev. 01/2010                                                  2

The deputy on call dutie on november 21 2015 ordered officer Lewis and Speight to release the chemical agents and I didn't see who assaulted me because I couldn't see

**Was anyone else Involved?**

Officers that I couldn't Identify was by name or shield.

Occupants of Quad 7 upper who was also assaulted.

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was decontaminated in the recieving room and was treated by physican on November 21 2015 on the 11 to 7 Shift

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

Rev. 01/2010

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ___   Pending notification

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

AMHC 18-18 Hazen St East Elmhurst NY 11370

1. Which claim(s) in this complaint did you grieve?
The assault as was the releasing of the chemical agents

2. What was the result, if any?   Still pending rendering disposition

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

None disposition pending

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Filed pending

Rev. 01/2010                                    4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). As a result I would like a full investigation to take place in this matter along with all parties. The mentioned parties that was present on november 21 2015 was extracted from the housing area with brutal force for a reason that was rectified after the fact a razor that was missing from the 7 to 3 shift but as a result Quad 7 upper and its occupants were never searched and never giving any explanation of the assault and Tamination of the chemical agents since we

didn't pose a threat to the staff and fellow inmates. I would like the city of new york to pay the amount of 2 million dollars for such life threathing damage

**VI.  Previous lawsuits:**

*On these claims*

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

    Plaintiff _____
    Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit _____
6.  Is the case still pending? Yes _____ No _____
    If NO, give the approximate date of disposition _____
7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

*On other claims*

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

    Plaintiff _____
    Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____
4.  Name of Judge assigned to your case _____
5.  Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of January, 2016

Signature of Plaintiff  Clevon Pearson
Inmate Number  30014 00772
Institution Address  AMKC
18-18 Hazen St
East Elmhurst
NY  11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of January, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  Clevon Peason

| Name | B/C | Signature |
|---|---|---|
| Delroy Edwards | 895-15-01548 | [signed] |
| Tashan Rodney | 1411503771 | [signed] |
| Hasan Donovan | 441-13-00045 | [signed] |
| Jason Murray | 441-15-05158 | [signed] |
| Youssouf Konate | 441-15-08249 | [signed] |
| Ronald McKinney | 441-13-10064 | [signed] |
| [redacted] | [redacted] | Hashim Holder |
| Joshua Saunders | 825 150 1074 | [signed] |
| Xavier Oneal | 441-15-04561 | [signed] |
| Roland Junior | 1411504204 | [signed] |
| Clevon Pearson | 3001400772 | Clevon P. |
| Demian Reid | 1411412191 | D Rev |
| James Garrett | 241-1508139 | James |
| Baptist Jerry | 1131401109 | [signed] |
| Robert Jenkins | 4411411579 | [signed] |

The above Inmates was and is still except for one which was the occupants of Quad 7 upper that was present on November 21, 2015 and involved in the Incident that took place.

signiture: Clevon Pearson

To whom it may CONCERN!

On November 21, 2015 on the 4:00 Lock-out, Quad 7 upper inmates was inform by Officer Speight #5211 that we have to lock in due to a RAZOR that alleged was missing from the 7 to 3 shift. Officer Speight #5211 who is a member of the 3 to 11 shift indicated to us it's a protocol for inmates to lock in until the razor is retrieved. Officer Speight indicated that we was becoming boisterous loud and disruptive. The area supervisor was immediately notified, and we as Inmate's starved for an explanation as to why a RAZOR that is only allowed on the 7 to 3 shift in all City Jails occupying the New York City area can go unnotice for a whole shift to no explanation. The area Supervisor only known to me as Badge #11223 was just as baffled as we was to this incident. Quad 7 upper is titled as a Security Risk group, but we as inmate settled with each other that this is going to be a peaceful demonstration and that we are not going to Risk each others well be. It wasn't before long that the Area Supervisor badge number 11223 notified his Supervisor Deputy Name and Shield Number not known, he responded to Quad

Angela

7 upper. Ferociously abusing his Authority. We as inmates peacefully asked that he Rectify the situation as a result we arrogantly ignored our pleas and order the officers to release the Chemical agents in the dayroom of Quad upper 7. All the Occupants of Quad 7 was Blinded. Disabled, A lot of us couldn't see the vicious blows from the batons. A lot of us was left Duking and quickly hand-cuffed and escorted to the Recieving Room in which we was strip searched and escorted to a pen and Decotaminated. All Extractions are CCTV monitered against the Correctional system. The Deputy that responded to the Extraction of Quad 7 upper also order the officer with the video camera to Exit the housing area while the Chemical agents is released.

Now here's the thing! You would think that if a Razor is missing it would impose a serious threat to the staff as well as an inmate of the facility it is a protocal in any jail that if a Razor is not accounted for the facility a area will be search! Yes, a tactical search team will be dispatched to search the area. Guess what? 7 upper was never searched!

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163919
Qualified in Queens County
My Commission Expires April 09, 2016

12/3/15

Docket: 15-CV-9842 (AJN)
Clevon Pearson
3001400772
AMKC
18-18 Hazen st
East Elmhurst NY
11370

TO:

Pro Se intake unit
500 Pearl Street
New York, NY
10007-1312

10007$1316*C014