USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CLEVON PEARSON,

                        Plaintiff,

      -against-

CITY OF NEW YORK, MANZO, FADINA, SPEIGHT,
LEWIS, and GAGEDEEN,

                        Defendants.

STIPULATION AND
ORDER OF DISMISSAL

15 Civ. 9842 (AJN) (BCM)

-------------------------------------------------------------- x

DELROY EDWARDS,

                        Plaintiff,

      -against-

CITY OF NEW YORK, GAGEDEEN, SPEIGHT, LEWIS,
FADINA, and TRAHAN,

                        Defendants.

16 Civ. 0078 (AJN) (BCM)

-------------------------------------------------------------- x

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced actions are hereby dismissed with prejudice; and

2. ~~Notwithstanding the dismissal of these actions in accordance with this agreement, the District Court shall continue to retain jurisdiction over these actions for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in these matters.~~ *See Individual Rules of the Court 5A.*

Dated: New York, New York
October 2, 2017

KIRKLAND & ELLIS LLP
*Attorneys for Plaintiffs Pearson and Edwards*
601 Lexington Avenue
New York, NY 10022
(212) 909-3381
(212) 446-6460

By: _____
Ellen H. Sise, Esq.
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York, Speight, Lewis, Manzo, Fadina, Trahan and Gagedeen*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-5055

By: _____
Eviana Englert
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: Oct 6, 2017

2